CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:08-cv-02061-SCR

Mann et al v. McClung et al
Assigned to: Judge Stephen C. Robinson
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 02/29/2008
Date Terminated: 04/16/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Matthew Mann** represented by **Jon Charles Dupee, Jr**
Dupee, Dupee & Monroe, P.C.
30 Matthews Street , P.O. Box 470
Goshen, NY 10924
845-294-8900
Fax: 845-294-3619
Email: law@dupeelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Morrissey** represented by **Jon Charles Dupee, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MD James McClung**

**Defendant**

**Orange Reginal Medical Center**

**Defendant**

**Davol, Inc.** represented by **Samuel Joseph Abate, Jr**
Pepper Hamilton, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 808-2700 x2706

Fax: (866) 738-9621
Email: abates@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.,** represented by **Samuel Joseph Abate, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | 1 | NOTICE OF REMOVAL from Supreme, County of Orange. Case Number: 7616/2007. (Filing Fee $ 350.00, Receipt Number 643496).Document filed by Davol, Inc., C.R. Bard, Inc.,.(ll) (Entered: 03/05/2008) |
| 02/29/2008 | | Case Designated ECF. (ll) (Entered: 03/05/2008) |
| 02/29/2008 | | Magistrate Judge George A. Yanthis is so designated. (ll) (Entered: 03/05/2008) |
| 02/29/2008 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Davol Inc. is wholly owned subsidiary of C.R. Bard, Inc. C.R. Bard, Inc states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock as Corporate Parent. Document filed by Davol, Inc., C.R. Bard, Inc.,.(ll) (Entered: 03/05/2008) |
| 03/07/2008 | 3 | ANSWER to Complaint with JURY DEMAND. Document filed by Davol, Inc., C.R. Bard, Inc.,.(Abate, Samuel) (Entered: 03/07/2008) |
| 04/16/2008 | 4 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - District of Rhode Island. (Signed by MDL Panel on 4/15/08) (fk) (Entered: 04/22/2008) |
| 04/16/2008 | | MDL TRANSFER OUT: Mailed documents numbered 1-4, certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Rhode Island on 4/22/08. (fk) (Entered: 04/22/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/22/2008 12:20:06 | | | |
| **PACER Login:** | us6061 | **Client Code:** | For PACER use only |
| | | | |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 7:08-cv-02061-SCR |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |